UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO HERRERA, | Case No. 07-CV-1105-WQH (JMA) |
| Plaintiff, | **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO A TELEPHONIC CONFERENCE WITH COUNSEL ONLY** |
| v. | |
| TRIDENT SEAFOODS CORP., | |
| Defendant. | |

At the request of counsel, and in view of the pending motion to dismiss for improper venue or, alternatively, to transfer venue, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for September 14, 2007 at 10:00 a.m. is converted to a _telephonic_ conference _with counsel only_. Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: August 30, 2007

Jan M. Adler
U.S. Magistrate Judge

07cv1105