UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO HERRERA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRIDENT SEAFOODS CORP.,<br><br>　　　　Defendant. | Case No. 07-CV-1105-WQH (JMA)<br><br>**ORDER VACATING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

At the request of counsel, and in view of the joint motion to transfer this matter to the United States District Court, Western District of Washington, **IT IS HEREBY ORDERED** that the telephonic Early Neutral Evaluation Conference scheduled for September 14, 2007 at 10:00 a.m. is vacated.

**IT IS SO ORDERED.**

DATED: September 14, 2007

　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

07cv1105