

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO

| | |
|---|---|
| ALVARO HERRERA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>TRIDENT SEAFOODS CORP.,<br><br>　　　　　　　　　Defendant. | Case No. 07cv1105WQH (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER CASE**<br><br>Assigned to The Honorable William Q. Hayes |

　　　IT IS HEREBY ORDERED that the Joint Motion of Plaintiff Alvaro Herrera and Defendant Trident Seafoods Corporation to transfer this case is GRANTED. Pursuant to 28 U.S.C. §1404(a), this matter is transferred to the United States District Court for the Western District of Washington at Seattle. The ENE scheduled for Friday, September 14, 2007 at 10:00 a.m. is hereby cancelled.

Dated: 9/17/07

　　　　　　　　　　　　　　　　　　　　　THE HONORABLE WILLIAM Q. HAYES

G:\3890\21048\Pldg\Order re Joint Motion.doc

ORDER GRANTING JOINT MOTION
TO TRANSFER CASE - 1

No. 07cv1105WQH (JMA)